Entered on Docket
March 02, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
IT IS SO ORDERED.
Signed March 02, 2011

              Arthur S. Weissbrodt
              U.S. Bankruptcy Judge
```

1 | Ja Vonne M. Phillips, Esq. SBN 187474
2 | Matthew B. Learned, Esq. SBN 255499
  | **McCarthy & Holthus, LLP**
3 | 1770 Fourth Avenue
  | San Diego, CA 92101
4 | Phone (619) 685-4800
5 | Fax (619) 685-4810

6 | Attorney for: Secured Creditor,
7 | Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-0A1,
  | Mortgage Pass-Through Certificates, Series 2006-0A1, its assignees and/or successors and the
8 | servicing agent American Home Mortgage Servicing, Inc.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-56729 W |
| | ) |
| Richard Scott Chalgren and | ) Chapter 13 |
| Karen Lee Chalgren | ) |
| | ) RS No. KAZ-5434 |
| Debtors. | ) |
| | ) **INTERIM ORDER ON MOTION FOR** |
| | ) **RELIEF FROM AUTOMATIC STAY** |
| | ) |
| | ) |
| | ) Date: 02/22/2011 |
| | ) Time: 2:00 PM |
| | ) Ctrm: 3020 |
| | ) Place: 280 S. First Street |
| | )        San Jose, CA |
| | ) |
| | ) Judge Arthur S. Weissbrodt |

File No. CA-10-31661
Interim Order, Case No. 09-56729 W

1  The motion of Secured Creditor Deutsche Bank National Trust Company, as Trustee for
2  GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1, its
3  assignees and/or successors and the servicing agent American Home Mortgage Servicing, Inc.
4  ("Secured Creditor"), for relief from the automatic stay came on regularly for hearing by the
5  Court on the date, time and place set forth above, before the Honorable Arthur S. Weissbrodt.
6  Secured Creditor appeared by and through its Attorney of Record, McCarthy & Holthus, LLP by
7  Mark K. Oto, Esq.. All other appearances are as noted in the court record.
8  Upon reading the papers and pleadings on file herein, and upon hearing oral argument
9  and based on the evidence presented, the Court rules as follows:
10 IT IS HEREBY ORDERED, ADJUDGED AND DECREED
11 1. This Order affects the real property commonly known as: 411 Quail Run, Aptos, CA 95003
12 2. On or before 03/31/2011, Debtors shall tender funds in the amount of $1,457.00 to Secured
13    Creditor.
14 3. Payments shall be made directly to Secured Creditor, American Home Mortgage Servicing,
15    Inc, Attn: Cash Management, 1525 S. Beltline Rd. Suite 100N., Coppell, TX 75019, with
16    reference to the last four digits of the Loan Number 0964, or otherwise directed.
17 4. In the event Debtors fail to timely perform any of the obligations set forth in this Order,
18    Secured Creditor shall notify Debtors and Debtors' counsel of the default in writing. Debtors
19    shall have ten (10) calendar days from the date of the written notification to cure the default.
20 5. If Debtors fail to timely cure the default, Secured Creditor shall be entitled to lodge a
21    Declaration of Default and an Order Terminating the Automatic Stay. The Order shall be
22    entered without further hearing. The automatic stay shall be immediately terminated and
23    extinguished for all purposes as to Secured Creditor and Secured Creditor may proceed with
24    and hold a trustee's sale of the subject property, pursuant to applicable state law, and without
25    further Court Order or proceedings being necessary, commence any action necessary to
26    obtain complete possession of the subject Property, including unlawful detainer, if required.
27 ///
28 ///
29 ///

6. The hearing on Secured Creditor's Motion for Relief From the Automatic Stay is continued to 04/13/2011 at 2:00pm for further briefing as to Debtors' monthly income and Debtors' eligibility for a loan modification.

Approved as to form and content:

_____
Michael K. Mehr, Esq.
Attorney for Debtors

**END OF ORDER**

# COURT SERVICE LIST

**TRUSTEE**
Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

**DEBTOR**
Karen Lee Chalgren
411 Quail Run
Aptos, CA 95003

**COUNSEL FOR DEBTORS**
Michael K. Mehr
100 Doyle St., #A
Santa Cruz, CA 95062-2130

**DEBTOR**
Richard Scott Chalgren
411 Quail Run
Aptos, CA 95003

1

File No. CA-10-31661
Court Service List, Case No. 09-56729 W

Case: 09-56729   Doc# 56   Filed: 03/02/11   Entered: 03/02/11 13:16:07   Page 4 of 4