1  MICHAEL K. MEHR SB#71925
   ATTORNEY AT LAW
2  100 DOYLE STREET, SUITE A
   SANTA CRUZ CA   95062
3  (831) 425-5757

4  ATTORNEY FOR DEBTORS

5

6                      UNITED STATES BANKRUPTCY COURT

7                      NORTHERN DISTRICT OF CALIFORNIA

8
   In re:                                    CASE 09-56729ASW
9
                                             CHAPTER 13
10 Richard Scott Chalgren and                **RESPONSE RE MOTION**
   Karen Lee Chalgren,                       **RE RELIEF FROM STAY**
11                                           **AND REQUEST FOR**
                                             **DISMISSAL, OR, IN THE**
12                                           **ALTERNATIVE, ADDITIONAL**
                                             **BRIEFING**
13

14                                           Date: June 22, 2011
                                             Time: 2:15 p.m.
15               Debtors.                    Room: 3020
   _____/
16

                                    **I.**
17
                              **INTRODUCTION**
18
        This case is not yet ripe for ultimate decision on a Motion for Relief from Stay for
19
   the following reasons:
20
        1.  **The loan  modification  request of the debtors is still pending and there is**
21
   **no decision from "Secured Creditors" as to the debtors' request. The debtors are**
22
   **current with their adequate protection payments which are 31% of their gross monthly**
23
   **income**. **For this reason the best expedient is to take the matter off calendar subject to**
24
   **being restored upon 30 days' notice**.
25
        2.   The Court's  attention is directed  to the important, new decision of the Ninth
26
   Circuit Bankruptcy Appellate  Panel published last week, *In re Veal*, ___BR___, 2011 WL
27

28                                     1

1   2304200 (June 10, 2011 Ninth Cir. BAP).  As in that case, in the present case, there is

2   insufficient proof that has been submitted that the trustee of the securitized trust, in our

3   case, Deutsche Bank as Trustee, is the owner or holder of the note. The only document

4   presented which purports to prove that Deutsche Bank as Trustee  is the owner and

5   holder of the note is the  declaration by "cloned"  Vice President Roger Kistler of AHMSI

6   (a title he shares with eleven (11) other V.P.'s for signing purposes only). That declaration

7   is hearsay and there is no indication upon what personal knowledge the declarant

8   makes the statements set forth in the declaration. The Reply by "Secured Creditors" does not

9   purport to argue that this declaration is not hearsay.  **The Court should dismiss the**

10   **Motion for Relief from Stay since "Secured Creditors" have been given numerous**

11   **chances to prove standing and have not done so.**

12       3. **If this Court is not inclined to dismiss the Motion–even though this**

13   **Court should do so- this court should continue this matter for further briefing with**

14   **regard to the effect of *In re Veal* on the case at hand**. This is an important new decision

15   applicable to this case and more time is needed to fullly digest this 46 page opinion.

16

17       Dated: June 14, 2011

18

19

20                               /s/ Michael K. Mehr
                                  Attorney for Debtors

21

22

23

24

25

26

27

28                                  2