MITCHELL L. ABDALLAH, #231804

ABDALLAH LAW GROUP
555 CAPITOL MALL, SUITE 725
SACRAMENTO, CA 95814
TEL:/ (916) 449-9580
FAX:/ (916) 449-9581
MITCH@ABDALLAHLAW.NET

Attorneys for Debtor, Richard Chalgren and Karen Chalgren

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| In re: | Case No. 2009-56729 |
|---|---|
| **RICHARD CHALGREN and KAREN CHALGREN** | **Chapter 13** |
| Debtors. | WITHDRAWAL OF MOTION TO TRANSFER DEBTORS RETAINER FEE |

NOTICE IS HEREBY GIVEN THAT ABDALLAH LAW GROUP, the attorney in this case 2009-56729, hereby withdraws the above referenced motion to transfer debtors retainer fee that was previously Noticed for July 29, 2011.

ABDALLAH LAW GROUP

Dated: June 30, 2011     By: /s/ Mitchell Abdallah
_____
Mitchell Abdallah, Attorney for debtor,
**Richard Chalgren and Karen Chalgren**

- 1 -

MOTION TO WITHDRAWAL MOTION TO TRANSFER