| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Matthew B. Learned, Esq. SBN 255499 |
| | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4810 |
| 6 | Attorney for: |
| 7 | Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1, its assignees and/or successors, and the servicing agent American Home Mortgage Servicing, Inc. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-56729 W |
| | ) |
| Richard Scott Chalgren and | ) RS No.: KAZ-5434 |
| Karen Lee Chalgren | ) |
| | ) Chapter 13 |
| Debtors. | ) |
| | ) **CERTIFICATE OF SERVICE OF** |
| | ) **ORDER ON MOTION FOR RELIEF** |
| | ) **FROM THE AUTOMATIC STAY** |
| | ) |
| | ) |
| | ) Date: June 22, 2011 |
| | ) Time: 2:15 p.m. |
| | ) Ctrm: 3020 |
| | ) Place: 280 S. First Street |
| | )          San Jose, CA |
| | ) |
| | ) Judge: Arthur S. Weissbrodt |
| | ) |
| | ) |
| | ) |

<sub>1</sub>

# CERTIFICATE OF SERVICE

On 7/8/2011, I served the foregoing documents described as **ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

COUNSEL FOR DEBTORS
Michael K. Mehr
Law Offices of Michael K. Mehr
100 Doyle Street, #A
Santa Cruz, CA, 95062-2130

TRUSTEE
Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

DEBTORS
Richard Scott Chalgren
411 Quail Run
Aptos, CA 95003

Karen Lee Chalgren
411 Quail Run
Aptos, CA 95003

SPECIAL NOTICE
GE Money Bank
c/o Recovery Management Systems Corporation
Attn: Ramesh Singh
25 SE 2nd Ave., Suite 1120
Miami, FL 33131-1605

American Home Mortgage Servicing Inc.
4875 Belfort Road Suite 130
Jacksonville, FL 32256

///

///

///

2

File No. CA-10-31661
Proof of Service, Case No. 09-56729 W

Case: 09-56729    Doc# 82    Filed: 07/08/11    Entered: 07/08/11 00:31:28    Page 2 of 3

| | |
|---|---|
| 1 | JUDGE'S COPY |
| 2 | The Honorable Arthur S. Weissbrodt |
|   | United States Courthouse |
| 3 | 280 S. First Street, Room 3035 |
|   | San Jose, CA 95113 |
| 4 | |
| 5 | |
| 6 | **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.** |
| 7 | |
| 8 | Dated: 7/8/2011        /s/ David Fry |
|   |                                     David Fry |