

| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Matthew B. Learned, Esq. SBN 255499 |
|   | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
|   | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4810 |

IT IS SO ORDERED.
Signed July 11, 2011

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

Attorney for: Secured Creditor,
Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1, its assignees and/or successors and the servicing agent American Home Mortgage Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:  ) Case No. 09-56729 W
        )
Richard Scott Chalgren ) Chapter 13
Karen Lee Chalgren, )
        ) RS No.   KAZ-5434
    Debtors. )
        )
        ) ORDER ON MOTION FOR RELIEF
        ) FROM AUTOMATIC STAY
        )
        ) Date: 06/22/2011
        ) Time: 2:15 p.m.
        ) Ctrm: 3020
        ) Place: 280 S. First Street
        )        San Jose, CA
        )
        )
        ) Judge Arthur S. Weissbrodt
        )
        )
        )

1

File No. CA-10-31661
Order, Case No.  09-56729 W

The motion of Secured Creditor Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1, its assignees and/or successors and the servicing agent American Home Mortgage Servicing, Inc. ("Secured Creditor"), for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Arthur S. Weissbrodt. All appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED

1. This Order affects the real property commonly known as: 411 Quail Run, Aptos, CA 95003 ("Subject Property").

2. Secured Creditor has sufficiently established a colorable claim to the Subject Property and therefore the Court has determined that the issue of standing has been resolved.

3. On or before July 15, 2011, Debtors shall tender funds in the amount of $1,457.00 to Secured Creditor, and continuing on the 15th day of each month thereafter pending determination of loan modification.

4. Payments shall be made directly to Secured Creditor, American Home Mortgage Servicing, Inc, Attn: Cash Management, 1525 S. Beltline Rd. Suite 100N., Coppell, TX 75019, with reference to the last four digits of the Loan Number 0964, or otherwise directed.

5. In the event Debtors fail to timely perform any of the obligations set forth in this Order, Secured Creditor shall notify Debtors and Debtors' counsel of the default in writing. Debtors shall have ten (10) calendar days from the date of the written notification to cure the default.

6. If Debtors fail to timely cure the default, Secured Creditor shall be entitled to lodge a Declaration of Default and an Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Secured Creditor and Secured Creditor may proceed with and hold a trustee's sale of the Subject Property, pursuant to applicable state law, and without further Court Order or proceedings being necessary, commence any action necessary to obtain complete possession of the Subject Property, including unlawful detainer, if required.

7. Either party may restore this matter to the Courts calendar for further consideration upon fifteen (15) days notice to the interested parties.

Approved as to Form:

/s/ Michael K. Mehr
Michael K. Mehr, Esq.,
Attorney for Debtors

**END OF ORDER**

**COURT SERVICE LIST**

TRUSTEE
Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

DEBTOR
Karen Lee Chalgren
411 Quail Run
Aptos, CA 95003

COUNSEL FOR DEBTORS
Michael K. Mehr
100 Doyle St., #A
Santa Cruz, CA 95062-2130

DEBTOR
Richard Scott Chalgren
411 Quail Run
Aptos, CA 95003

1

File No. CA-10-31661
Court Service List, Case No. 09-56729 W

```
                        United States Bankruptcy Court
                        Northern District of California
In re:                                                      Case No. 09-56729-ASW
Richard Scott Chalgren                                      Chapter 13
Karen Lee Chalgren
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0971-5       User: knitzel         Page 1 of 1        Date Rcvd: Jul 11, 2011
                           Form ID: pdfeoc       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2011.
db/jdb       +Richard Scott Chalgren,   Karen Lee Chalgren,   411 Quail Run,   Aptos, CA 95003-9720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2011**                        Signature:    _Joseph Speetjens_

Case: 09-56729    Doc# 84    Filed: 07/13/11    Entered: 07/13/11 21:29:02    Page 5 of 5